Thomas E. STUBBS, plff., v. The CITY OF ROCHESTER, deft. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment.

directed for the defendant, upon the nonsuit, with costs. All concur, except Lambert and Merrell, JJ., who dissent.